IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE TALARIA COMPANY, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-CV-3720 (FNS) |
| ) | |
| WELLFOUND YACHTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT ORDER FOR EXTENSION OF TIME

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by the parties hereto, and good cause having been shown, it is this 30 day of May, 2002, hereby

ORDERED that said Consent Motion is GRANTED as requested, and it is further

ORDERED the remaining deadlines set forth in the present Scheduling Order are hereby extended by a period of 60 days, as follows: Plaintiffs' deposition of Plaintiffs' expert(s) is to be completed by August 15, 2002; Defendant's expert designations are due by September 14, 2002; deposition of Defendant's expert(s) is to be completed by October 14, 2002; the discovery deadline and status report due date is November 16, 2002; and the motions deadline is December 16, 2002.

_____
UNITED STATES DISTRICT JUDGE

**COPIES TO BE SENT TO:**

Norman D. St. Landau, Esq.
Douglas M. Mangel, Esq.
Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209

Linda L. Kordziel, Esq.
R. Whitney Winston, Esq.
FISH & RICHARDSON P.C.
1425 K Street, N.W.
11th Floor
Washington, D.C. 20005

Anthony L. Fletcher, Esq.
FISH & RICHARDSON P.C.
45 Rockefeller Plaza, 28th Fl.
New York, NY 10111

Cynthia E. Johnson, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804